**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Manuel FIGUEROA, Petitioner**

**No. 886 MAL 2016**

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Antonio L. HORNE, Sr., Petitioner**

**No. 906 MAL 2016**

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the Home Equity Mortgage Asset Bank Trust Series INA3S 2005–C, Home Equity Mortgage Loan Asset–Backed Certificates, Series INABS 2005–C, Respondent**

v.

**Mark Paul KLEEMAN, Petitioner**

**No. 866 MAL 2016**

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**